131 A.3d 480

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Darrell MYERS, Respondent.**

Supreme Court of Pennsylvania.

Feb. 3, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of February, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Superior Court err in holding, in a published decision, that a warrant was required to obtain blood for a chemical test where the officer had probable cause to believe that the [Respondent] was driving under the influence of alcohol or a controlled substance, and [Respondent] did not affirmatively refuse consent?

Justice EAKIN did not participate in the consideration or decision of this matter.